United States Court of Appeals
Fifth Circuit

**F I L E D**

May 7, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-20730

GLENN E. JONES,

Plaintiff-Appellant,

versus

ALDINE INDEPENDENT SCHOOL DISTRICT,

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Texas, Houston

(H-01-CV-3131)

Before HIGGINBOTHAM, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

With the benefit of able oral argument, we are persuaded to affirm the summary judgment granted by the district court. While we are persuaded that a prima facie case was likely made, we must conclude that there is no genuine issue of material fact but that Jones's contract would not have been renewed even if he had engaged in no protected activity.

AFFIRMED.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.